# United States District Court

for the

## Eastern District of Pennsylvania

U.S.A. vs. Christopher Gallaher    Case No. 06-263-01

### Petition on Supervised Release

COMES NOW Fred D. Crawford U. S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Christopher Gallagher who was placed on Supervised Release by the Honorable James Knoll Gardner sitting in the Court at the Philadelphia, PA. on the 10th day of October, 2007 who fixed the period of supervision at four years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

ORIGINAL OFFENSE:    Wire fraud and aiding and abetting (Counts One though Three) ; failure to file income tax returns (Counts Four and Five).

ORIGINAL SENTENCE:    Committed to the custody of the U.S. Bureau of Prisons for a total term of 18 months on each of Counts One, Two, Three, Four and Five, all to be served concurrently. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years consisting of terms of three years on each of Counts One, Two, and Three and terms of one year on each of Counts Four and Five, all such terms to run concurrently. The defendant was ordered to pay a special assessment of $350.00 and restitution in the amount of $142,596.39. In the event the restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of not less than $200.00 to commence (30) days after release from confinement.

AMENDED JUDGMENT:    On November 26, 2008, Mr. Gallagher's original Judgment in this case was amended for "Changed Circumstances." The defendant's sentence was reduced to custody of the United States Bureau of Prisons for a term of 9 months on each of Counts One, Two, Three, Four and Five, all to be served concurrently, and that defendant shall receive credit for all time served on these charges on June 8, 2006 and from May 7, 2008 until the present. Upon release from imprisonment, the defendant shall be on supervised release for a term of three years consisting of terms of three years on each of Counts One, Two, and Three and terms of one year on each of Counts Four and Five, all such terms to run concurrently.

ADDITIONAL
CONDITIONS:    1) The defendant shall Provide the United States Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the United States Probation Office. The defendant shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful

FILED
AUG 24 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

monthly statements of his income; 2) The defendant is to fully cooperate with the Internal Revenue Service by filing all delinquent or amended returns and by timely filing all future returns that come due during the period of supervision. The defendant is to properly report all correct taxable income taxable income and claim only allowable expenses on those returns. The defendant is to provide all appropriate documentation in support of those returns. Upon request, the defendant is to furnish the Internal Revenue Service with information pertaining to all assets and liabilities, and the defendant is to fully cooperate by paying all taxes, interest and penalties due, and otherwise comply with tax laws of the United States; 3) The defendant is prohibited from incurring new credit charges or opening additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with a payment schedule for any fine or restitution obligation. The defendants shall not encumber or liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has the express approval of the Court; 4) The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence that occurs while any portion of the restitution remains unpaid; and 5) The Court has reviewed these conditions of supervision and finds that they are reasonably related to statutory goals, consistent with United States Sentencing Commission policy and the liberty deprivations are no greater than is reasonably necessary.

DATE SUPERVISION
COMMENCED:                February 5, 2009

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE
AS FOLLOWS:

Mr. Christopher Gallagher currently has a restitution balance of $137,546.39. He has been consistent with his payment schedule of $200 per month towards his restitution debt. A financial interrogatory conducted on August 10, 2011, confirmed that his household monthly net income is $2,992.30, and monthly necessary expenses are $2,511.00, leaving a monthly positive cash flow of $481.30. Therefore, the offender agreed to increase his payments to $300.00 per month starting in September 2011.

Mr. Gallagher has been gainfully employed throughout supervision with a company named Commonwealth Agency Incorporated. He has fully complied with all conditions of supervised release.

The obligation to pay the restitution shall continue after the defendant concludes his period of supervision with the U.S. Attorney's Office taking collection action as deemed necessary.

In light of the above, we are recommending that supervised release be permitted to terminate with an outstanding restitution balance, effective February 4, 2012.

RE: Gallagher, Christopher
Case No. 06-263-01

| PRAYING THAT THE COURT WILL ORDER... | THAT THE OFFENDER'S SUPERVISED RELEASE BE ALLOWED TO TERMINATE ON ITS NATURAL EXPIRATION DATE OF FEBRUARY 4, 2012, WITH AN OUTSTANDING RESTITUTION BALANCE REMAINING. |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Philip W. Jones
Supervising U.S. Probation Officer

Place Philadelphia, PA
Date August 15, 2011

cc: Rosemarie Williams, Financial
Litigation Unit, U.S. Attorney's Office

ORDER OF THE COURT

Considered and ordered this 23rd day of August, 2011 and ordered filed and made part of the records in the above case.

James Knoll Gardner
U.S. District Court Judge